IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN L. KEMP,                          *
                                         *
            Plaintiff,                   *
vs.                                      *        No. 4:18-cv-00397-SWW
                                         *
                                         *
MICHAEL REIF, Judge, Pulaski             *
County, Arkansas, Individually and in    *
his Official Capacity, and JEWEL H.      *
HARPER, Office of Child Support          *
Enforcement, Individually and in her     *
Official Capacity,                       *
                                         *
            Defendants.                  *

<u>ORDER</u>

Consistent with the Order that was entered on this day, it is Considered,

Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 20th day of June 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE